UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. JUST,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | No. 2:18-cv-03169 TLN AC (PS)<br><br><br><br>ORDER |

    Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On February 14, 2019, defendants filed a motion to dismiss. ECF No. 11. Plaintiff did not respond to the motion. The undersigned continued the hearing on the motion to May 1, 2019 to give plaintiff another chance to file an opposition or statement of non-opposition; the new deadline was April 17, 2019. ECF No. 14. On April 16, 2019, plaintiff requested an unspecified extension of time to respond to the motion. ECF No. 15. Plaintiff states that numerous health issues have compromised his ability to respond in a timely manner. Id. at 2-3. Although the hearing on this motion has been rescheduled multiple times already, in a final effort to resolve the case on its merits, the court will grant a one-week extension for plaintiff to respond to the motion to dismiss.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The motion hearing date of May 1, 2019 is CONTINUED to May 8, 2019, at 10:00 a.m. in Courtroom No. 26; and

2. Plaintiff shall file an Opposition – or a Statement of Non-Opposition – to the motion, no later than April 24, 2019. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE